IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OLEG GENIS, D.M.D. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AVESIS THIRD PARTY | : | |
| ADMINISTRATORS, INC., et al. | : | NO. 20-2502 |

ORDER

AND NOW, this 5th day of October, 2020, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) The motion of defendants Avesis Third Party Administrators, Inc., Avesis Inc., Avesis Insurance Inc., Premier Access Insurance Co., and the Guardian Life Insurance Co. of America for dismissal of the first amended complaint of plaintiff for failure to state a claim (Doc. #14) is GRANTED in defendants' favor, and against plaintiff Oleg Genis, D.M.D., with respect to Count VI.

(2) The motion of defendants for dismissal (Doc. #14) is DENIED with respect to Counts I, II, III, IV, V, and VII.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.